UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRISTOPHER MORRISHAW,

                        Plaintiff,

       vs                                               9:09-CV-527

ROBERT DRUGER, Opthamologist New York
State Department of Corrections,

                        Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:

CHRISTOPHER MORRISHAW
Plaintiff, Pro Se
07-A-0433
Clinton Correctional facility
PO Box 2002
Dannemora, NY 12929

HON. ANDREW M. CUOMO                  BRIAN J. O'DONNELL, ESQ.
Attorney General of the                     Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff, Christopher Morrishaw, commenced this civil rights action in May 2009,

pursuant to 42 U.S.C. § 1983.  By Report-Recommendation dated May 25, 2010, the

Honorable David R. Homer, United States Magistrate Judge, recommended that defendant's

motion to dismiss be granted in all respects and the complaint be dismissed against Dr. Druger as to all claims.  No objections to the Report-Recommendation have been filed.

Based upon a careful review of the file, and the recommendations of Magistrate Judge Homer, the Report-Recommendation is accepted and adopted in all respects.  See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1.  Defendant's motion to dismiss (Docket No. 17) is GRANTED;

2.  The complaint is DISMISSED against Dr. Druger as to all claims; and

3.  The Clerk is directed to file judgment accordingly and close the file.

IT IS SO ORDERED.

Dated:   June 10, 2010
         Utica, New York.

United States District Judge